UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § § § | |
| Plaintiff, | § § | EP-22-CV-00383-FM |
| v. | § § | |
| KIM & CYNTHIA OF EL PASO LLC, et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is the Parties "Joint Stipulation of Dismissal" [ECF No. 18], filed April 7, 2023, by Plaintiff Joe Hand Promotions, Inc. and Defendants, Kim & Cynthia of El Paso LLC, d/b/a Two Five Dive Bar, Kim F. Chung, Mike Flores Jr., Laura M. Parga-Flores, Timothy W. Zubia, and Cynthia A. Voldahl (collectively, "Defendants"). Parties may voluntarily dismiss an action without a court order by "a stipulation of dismissal signed by all parties who have appeared."[1] All parties have signed on to this joint stipulation for dismissal. According, the court enters the following orders:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**
2. All pending motions, if any, are **DENIED AS MOOT.**
3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _11_ day of **April 2023.**

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. P. 41(a)(1)(A)(ii).